PREGIS CORPORATION, Plaintiff–
Cross Appellant,

v.

David J. KAPPOS, Undersecretary of
Commerce for Intellectual Property
and Director, United States Patent
and Trademark Office and United
States Patent and Trademark Office,
Defendants–Appellees,

and

Free–Flow Packaging International,
Inc., Defendant–Appellant.

Nos. 2010–1492, 2010–1532.

United States Court of Appeals,
Federal Circuit.

March 31, 2011.

Bradley C. Wright, Robert Francis Alth-
err Jr., Banner & Witcoff, LTD., Washing-
ton, DC, for Defendant–Appellant.

James J. McCullough, Fried, Frank,
Harris, Shriver, Washington, DC, for
Plaintiff–Cross Appellant.

Before BRYSON, Circuit Judge.

## ON MOTION

## ORDER

Free–Flow Packaging International, Inc.
moves to dismiss portions of Pregis Corpo-
ration's cross-appeal. Pregis opposes.
Free–Flow replies. The parties also move
to amend or extend the briefing schedule.

Pregis may cross-appeal from the trial
court's adverse ruling regarding Pregis's
counterclaim for a declaratory judgment of
invalidity of U.S. Patent No. 7,361,397. In
its opening brief, Pregis raises most argu-
ments, other than arguments concerning
the '397 patent, as arguments in support of
the judgment. Acceptance of its additional
arguments concerning whether it may
maintain an alternative cause of action
against the United States Patent and
Trademark Office would appear, based
upon the papers submitted, to potentially
result in a different judgment such that
cross-appeal may be appropriate. We
deem its arguments concerning the 2005
Settlement to be arguments that would not
increase Pregis's rights under the judg-
ment of invalidity of most of the patents in
suit, with the exception of the '397 patent
which was held not invalid. Pregis of
course should not raise in its reply brief
any arguments in support of the judgment
but may only raise arguments that would
expand its rights under the judgment.

Accordingly,

IT IS ORDERED THAT:

(1) Free–Flow's motion to dismiss is de-
nied without prejudice to the parties ad-
dressing the issues if appropriate in the
briefs or at oral argument. A copy of this
order shall be transmitted to the merits
panel to inform the merits panel of the
ruling on the motion, should the panel
determine to revisit the issue after full
briefing of the case.

(2) The other motions are granted in
part. The United States Patent and
Trademark Office's brief is due within 40
days from the date of filing of this order.
Free–Flow's response/reply brief is due
within 40 days of the date of service of the
Director's brief. Pregis's reply brief is

due within 14 days from the date of service
of Free–Flow's response/reply brief.